IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:13cr315-MHT |
| | ) | (WO) |
| SASHA WEBB | ) | |

ORDER

Pending before the court is defendant Sasha Webb's request to postpone payment of restitution until she leaves federal prison, which the court construes as a motion to modify the restitution order, pursuant to 18 U.S.C. § 3664(k). Upon consideration of said motion and the government's response, it is ORDERED that the motion (doc. no. 48) is denied.

The court is sympathetic to defendant Webb's wish to spare her parents from paying her restitution obligation. However, it is her parents' decision whether to send her money, knowing that a portion of the funds they send will be used to pay her restitution.

DONE, this the 10th day of July, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE